UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KEVIN PETERSON and**
**CARLESIA PETERSON,**

    Plaintiff,

vs.

    Case No.: 4:24-cv-145

**UNITED STATES OF**
**AMERICA,**

    Defendant.

_____ /

## COMPLAINT

COMES NOW, Plaintiffs, KEVIN PETERSON and CARLESIA PETERSON, by counsel, for their Complaint against Defendant, UNITED STATES OF AMERICA, states as follows:

## INTRODUCTION

1. This is a personal injury action for money damages against Defendant, United States of America under the Federal Tort Claims Act, (28 U.S.C. §2671, *et seq*.) and 28 U.S.C. §1346(b)(1), for negligence in connection with a motor vehicle collision on August 30, 2022. NADIRAH YASMEEN MUHAMMAD TAVERNIER, while driving a vehicle owned by the United States Postal Service and acting within the course and scope of her employment with the United States

Postal Service, failed to observe traffic before entering an intersection, and collided with Plaintiff, causing the collision that is the subject this action. As a result of the collision, Plaintiffs suffered significant and permanent injuries.

2. Plaintiffs have fully complied with the provisions of 28 U.S.C. §2675 of the Federal Tort Claims Act. *Standard Form 95 attached as Exhibit 1.*

3. This suit has been timely filed, in that Plaintiffs timely served notice of their claim on July 24, 2023, less than two years after the incident forming the basis of this suit.

4. Plaintiffs are now filing this Complaint pursuant to 28 U.S.C. §2401(b) after receiving the United States Postal Services' January 2, 2024 notice of receipt of administrative claim. A*ttached as Exhibit 2.*

## **PARTIES, JURISDICTION AND VENUE**

5. Plaintiff, KEVIN PETERSON, is, and at all times relevant hereto was, a resident of Leon County, Tallahassee, Florida.

6. Plaintiff, CARLESIA PETERSON, is, and at all times relevant hereto was, a resident of Leon County, Tallahassee, Florida

7. At all times relevant to this Complaint, Defendant, UNITED STATES OF AMERICA, owned, maintained and operated a motor vehicle, which it entrusted to its employee, NADIRAH YASMEEN MUHAMMAD TAVERNIER.

8. At all times relevant to this Complaint, NADIRAH YASMEEN MUHAMMAD TAVERNIER was employed by and acting on behalf of, and within the course and scope of her employment with, Defendant. Furthermore, Defendant is responsible for the negligent acts of its employee under the doctrine of respondent superior.

9. Jurisdiction is proper under 28 U.S.C. §1346(b)(1).

10. Venue is proper under 28 U.S.C. §1391(e) and §1402(b) in that all of the acts and omissions forming the basis of these claims occurred in the Northern District of Florida.

## CLAIM FOR NEGLIGENCE

11. On, and at all material times, NADIRAH YASMEEN MUHAMMAD TAVERNIER was acting within the course and scope of her employment with United States Postal Service.

12. On August 30, 2022, NADIRAH YASMEEN MUHAMMAD TAVERNIER was operating a motor vehicle with the permission and at the direction of and within the scope of her employment by the United States Postal Service.

13. On August 30, 2022, and at all material times, Defendant, including its employee NADIRAH YASMEEN MUHAMMAD TAVERNIER, had a duty to

operate Defendant's motor vehicle with reasonable care for the safety of others, including Plaintiffs.

14. On August 30, 2022, NADIRAH YASMEEN MUHAMMAD TAVERNIER was operating Defendant's motor vehicle eastbound turning off of Hastings Drive onto North Monroe Street, when she failed to observe traffic before entering the intersection and collided with a motor vehicle operated by Plaintiff, KEVIN PETERSON, and in which CARLESIA PETERSON was a passenger.

15. As a direct and proximate result of the negligence of Defendant, Plaintiffs suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, lost wages in the past and a loss of ability to earn wages in the future, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiffs will suffer these losses in the future.

WHEREFORE, Plaintiffs, KEVIN PETERSON and CARLESIA PETERSON demand judgment for damages against Defendant, together with the costs and disbursements of this action and such other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiffs demand a trial by jury, pursuant to Rule 38(d) of the Federal Rules of Civil Procedure, on all issues on which Plaintiffs are so entitled.

**RESPECTFULLY** submitted this 27th day of March, 2024.

>*/s/ Michael Patrick Gagliardi*
>Michael Patrick Gagliardi, Esquire
>FBN 1002328
>Morgan & Morgan, PA
>313 North Monroe Street, Suite 401
>Tallahassee, Florida 32301
>Primary Email:
>mgagliardi@forthepeople.com
>Secondary Emails: rlowe@forthepeople.com
>jsaldana@forthepeople.com,
>mcredle@forthepeople.com
>Phone: (850) 385-1644
>Fax: (850) 201-2737
>Attorneys for Plaintiff