# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**KEVIN and CARLESIA PETERSON,**

    *Plaintiffs,*

v.

                                                                Case No.: **4:24cv145-MW/MJF**

**UNITED STATES OF AMERICA,**

    *Defendant.*

_____/

## JUDGMENT

Judgment is entered in favor of the Plaintiffs, Kevin Peterson and Carlesia Peterson, in the amount of two hundred fifty-three thousand five hundred sixty-five dollars and eighty-eight cents ($253,565.88), comprised of one thousand nine hundred ninety dollars and seventy cents ($1,990.70) in past medical expenses for Kevin Peterson; one hundred twenty-five thousand dollars ($125,000.00) in past and future pain and suffering, mental anguish, and other compensable noneconomic damages for Kevin Peterson; one thousand five hundred seventy-five dollars and eighteen cents ($1,575.18) in past medical expenses for Carlesia Peterson; and one hundred twenty-five thousand dollars ($125,000.00) in past and future pain and

suffering, mental anguish, and other compensable noneconomic damages for Carlesia Peterson.

                                                        JESSICA J LYUBLANOVITS,
                                                       CLERK OF COURT

<u>June 10, 2025</u>                                          <u>s/ *Bryston Ford*</u>
DATE                                                          DEPUTY CLERK